1 | Axel H. Richter (SBN. 87301)
LAW OFFICE OF AXEL H. RICHTER
2 | 11949 W. Jefferson BLVD., Suite 107
Culver City, CA 90230
3 | Tel. (310) 302-0069
Fax. (310) 302-0098
4 | E-Mail: *arichterlaw@yahoo.com*

5 | Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 2:18-bk-13134-SK |
| | Chapter 13 |
| Salar Paul Emami | OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO MATERIAL DEFAULT PAYMENTS; PURSUANT TO U.S.C. § 1307(c); DECLARATION OF SALAR PAUL EMAMI IN SUPPORT THEREOF; |
| Debtor | |
| | Hearing Date: April 20, 2023 |
| | Time:  10:30 A.M. |
| | Place:  255 E. Temple Street |
| |       Los Angeles, CA 90012 |
| | Courtroom: 1575 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY**

**JUDGE; KATHY DOCKERY, CHAPTER 13 TRUSTEE; AND INTERESTED PARTIES:**

**WITH RESPECT TO** Salar Paul Emami ("Debtor"), bankruptcy case number

2:18-bk-13134-SK, on February 23, 2023, the Chapter 13 Trustee ("Trustee"), moved for an

Order Dismissing the Chapter 13 case due delinquent plan payments ("TMD"). **Attached hereto**

**as Exhibit "1" is a true and correct copy of the Chapter 13 Trustee's Motion to Dismiss.**

The Debtor is self employed and the Debtor is producing and filming TV commercials.

The debtor is supposed to be paid upon completion of the commercials. To date, the debtor has

outstanding Invoices, which were promised to be paid before April 15, 2023 (please see

attached). The debtor is trying very hard to collect and hopefully the debtor can get more time so

that the debtor can fulfill his financial obligations and pay the delinquent plan payments.

DATED: April 18, 2023

Axel H. Richter
Law Offices of Axel H. Richter

# DECLARATION OF SALAR PAUL EMAMI

I. Salar Paul Emami, hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all of the below statements.

1.    I am the Debtor in the instant bankruptcy proceeding, Case No. 2:18-bk-13134-SK.  This case was filed on March 21, 2018 and confirmed on October 18, 2018.

2.    On February 23, 2023, the Chapter 13 Trustee ("Trustee"), moved for an Order Dismissing the Chapter 13 case due delinquent plan payments ("TMD"). The hearing date on the TMD is scheduled for April, 20, 2023.

3.    I am self employed and I am producing and film TV commercials. I am supposed to be paid upon completion of the commercials. To date, I have outstanding Invoices, which were promised to be paid before April 15, 2023 (please see attached). I am trying very hard to collect and hopefully I can get more time so that I can fulfill my financial obligations and pay the delinquent plan payments..

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration is executed this 18th  day of April, 2023, at Culver City, California.

Salar Paul Emami

**Storytellerz**
2612 Knoxville Ave
Long Beach, CA  90815
+1 3105281582
StorytellerzAcct@gmail.com
http://www.storytellerz.tv

# STORYTELLERZ

## INVOICE

**BILL TO**
Walker Advertising
20101 Hamilton Ave #375,
Torrance, CA 90502

**SHIP TO**
Walker Advertising
Walker Advertising
1010 S Cabrillo St
San Pedro, CA  90292

**INVOICE #** 06-5845
**DATE** 03/15/2023
**DUE DATE** 04/15/2023
**TERMS** Due Upon Receipt

**SALES REP**
Paul

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 001- PRODUCTION:Shoot Only<br>Tv spots for Los Defensores- Deposit 50% of $86,400 | 1 | 43,200.00 | 43,200.00 |

| | |
|---|---|
| SUBTOTAL | 43,200.00 |
| TAX | 0.00 |
| TOTAL | 43,200.00 |
| BALANCE DUE | **$43,200.00** |

**Storytellerz**
2612 Knoxville Ave
Long Beach, CA  90815
+1 3105281582
StorytellerzAcct@gmail.com
http://www.storytellerz.tv

**STORYTELLERZ**

## INVOICE

| | | |
|---|---|---|
| **BILL TO** | **SHIP TO** | **INVOICE #** 06-5845 |
| Walker Advertising | Walker Advertising | **DATE** 05/05/2023 |
| 20101 Hamilton Ave #375, | Walker Advertising | **DUE DATE** 06/04/2023 |
| Torrance, CA 90502 | 1010 S Cabrillo St | **TERMS** Net 30 |
| | San Pedro, CA  90292 | |

**SALES REP**
Paul

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| 001- PRODUCTION:Shoot Only<br>Tv spots for Los Defensores- Deposit 50% of $86,400 | 1 | 43,200.00 | 43,200.00 |

| | |
|---|---|
| SUBTOTAL | 43,200.00 |
| TAX | 0.00 |
| TOTAL | 43,200.00 |
| BALANCE DUE | **$43,200.00** |

4

# EXHIBIT   1

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>**SALAR PAUL EMAMI**<br><br>DEBTOR(S). | Case No: 2:18-bk-13134-SK<br><br>CHAPTER 13<br><br>**TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 13 CASE DUE TO DELINQUENT PLAN PAYMENTS PURSUANT TO §1307(c)(6) AND L.B.R. 3015-1(k)(1)); DECLARATION OF KATHY A. DOCKERY IN SUPPORT THEREOF**<br><br>DATE:   April 20, 2023<br>TIME:   10:30 am<br>PLACE:  ROYBAL BUILDING<br>Courtroom 1575 15th Floor<br>255 EAST TEMPLE STREET<br>LOS ANGELES, CA 90012 |

TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Chapter 13 Trustee, Kathy A. Dockery, hereby moves for an order dismissing this case pursuant to 11 U.S.C. §1307(c)(6) and Local Bankruptcy Rule 3015-1(k)(1) due to delinquent plan payments which has caused a material default with respect to the terms of the confirmed plan (hereinafter "Motion").  As of the date of service of this motion, the Debtor(s) is delinquent in the amount $7,700.00.

**Pursuant to Local Bankruptcy Rule 9013-1(f)(1), notice is further given that any person opposing this motion shall, not later than fourteen (14) days prior to the above-referenced hearing date, serve upon the Chapter 13 Trustee and file with the clerk's office, a written statement explaining all reasons in opposition thereto.**

This Motion is based on this Notice, the Exhibits attached hereto and incorporated herein, the Declaration of Kathy A. Dockery and any further argument and evidence offered at the hearing.

DATED: <u>2/23/2023</u>

_____
Kathy A. Dockery, Chapter 13 Trustee

Case 2:18-bk-13134-SK    Doc 143    Filed 02/23/23    Entered 02/23/23 15:23:20    Desc
Main Document    Page 2 of 3

### DECLARATION OF KATHY A. DOCKERY

I, Kathy A. Dockery, declare as follows:

1.      I am the duly appointed, qualified and standing Chapter 13 Trustee in this case and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business .  I have personally reviewed the files and records kept by my office in the within case .  The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

2.      As of the date of service of this Motion, the Debtor(s) is delinquent in the amount of $7,700.00. A true and correct copy of this case's status report at the time of service of this motion is attached hereto and incorporated herein by reference as Exhibit "A".

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: <u>2/23/23</u>

KATHY A. DOCKERY,  CHAPTER 13 TRUSTEE

Case 2:18-bk-13134-SK   Doc 142   Filed 02/23/23   Entered 02/23/23 15:23:20   Desc
Main Document   Page 3 of 3

**SALAR PAUL EMAMI**

**2:18-bk-13134-SK**

### DELINQUENCY REPORT AS OF February 23, 2023

Total Bankruptcy Payments Required: $104,436.00
Total Bankruptcy Payments Received: $96,736.00

### Total Delinquent Amount: $7,700.00

### BANKRUPTCY PAYMENTS RECEIVED
#### TOTAL BANKRUPTCY PAYMENTS AS OF February 23, 2023: $96,736.00

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|------|--------|
| 5/1/18 | $2,856.00 | 6/4/18 | $2,856.00 | 7/10/18 | $2,856.00 | 8/3/18 | $2,856.00 | | |
| 9/5/18 | $2,856.00 | 10/2/18 | $2,856.00 | 10/22/18 | $306.00 | 11/2/18 | $2,958.00 | | |
| 12/6/18 | $2,958.00 | 1/3/19 | $2,856.00 | 1/31/19 | $2,856.00 | 4/1/19 | $2,900.00 | | |
| 6/18/19 | $2,856.00 | 6/20/19 | $2,346.00 | 7/15/19 | $2,856.00 | 8/14/19 | $5,668.00 | | |
| 9/4/19 | $2,856.00 | 11/22/19 | $2,856.00 | 1/22/20 | $8,568.00 | 8/27/20 | $1,970.00 | | |
| 2/1/21 | $2,000.00 | 4/26/21 | $2,250.00 | 6/4/21 | $2,250.00 | 7/27/21 | $2,250.00 | | |
| 11/1/21 | $2,520.00 | 2/11/22 | $7,020.00 | 2/14/22 | $4,500.00 | 3/4/22 | $2,250.00 | | |
| 6/22/22 | $4,500.00 | 7/12/22 | $2,250.00 | 1/18/23 | $3,000.00 | | | | |

### BANKRUPTCY PAYMENTS REGISTER
### TERM: 84 Months

| PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 1 | 4/20/18 | $2,856.00 | 21 | 12/20/19 | $2,856.00 | 41 | 8/20/21 | $2,250.00 |
| 2 | 5/20/18 | $2,856.00 | 22 | 1/20/20 | $0.00 | 42 | 9/20/21 | $2,250.00 |
| 3 | 6/20/18 | $2,856.00 | 23 | 2/20/20 | $0.00 | 43 | 10/20/21 | $2,250.00 |
| 4 | 7/20/18 | $2,856.00 | 24 | 3/20/20 | $0.00 | 44 | 11/20/21 | $2,250.00 |
| 5 | 8/20/18 | $2,856.00 | 25 | 4/20/20 | $0.00 | 45 | 12/20/21 | $2,250.00 |
| 6 | 9/20/18 | $2,856.00 | 26 | 5/20/20 | $0.00 | 46 | 1/20/22 | $2,250.00 |
| 7 | 10/20/18 | $2,856.00 | 27 | 6/20/20 | $0.00 | 47 | 2/20/22 | $2,250.00 |
| 8 | 11/20/18 | $2,856.00 | 28 | 7/20/20 | $0.00 | 48 | 3/20/22 | $2,250.00 |
| 9 | 12/20/18 | $2,856.00 | 29 | 8/20/20 | $1,970.00 | 49 | 4/20/22 | $2,250.00 |
| 10 | 1/20/19 | $2,856.00 | 30 | 9/20/20 | $1,970.00 | 50 | 5/20/22 | $2,250.00 |
| 11 | 2/20/19 | $2,856.00 | 31 | 10/20/20 | $570.00 | 51 | 6/20/22 | $0.00 |
| 12 | 3/20/19 | $2,856.00 | 32 | 11/20/20 | $0.00 | 52 | 7/20/22 | $0.00 |
| 13 | 4/20/19 | $2,856.00 | 33 | 12/20/20 | $0.00 | 53 | 8/20/22 | $0.00 |
| 14 | 5/20/19 | $2,856.00 | 34 | 1/20/21 | $0.00 | 54 | 9/20/22 | $0.00 |
| 15 | 6/20/19 | $2,856.00 | 35 | 2/20/21 | $0.00 | 55 | 10/20/22 | $0.00 |
| 16 | 7/20/19 | $2,856.00 | 36 | 3/20/21 | $0.00 | 56 | 11/20/22 | $2,675.00 |
| 17 | 8/20/19 | $2,856.00 | 37 | 4/20/21 | $0.00 | 57 | 12/20/22 | $2,675.00 |
| 18 | 9/20/19 | $2,856.00 | 38 | 5/20/21 | $2,250.00 | 58 | 1/20/23 | $2,675.00 |
| 19 | 10/20/19 | $2,856.00 | 39 | 6/20/21 | $2,250.00 | 59 | 2/20/23 | $2,675.00 |
| 20 | 11/20/19 | $2,856.00 | 40 | 7/20/21 | $2,250.00 | 60 | 3/20/23 | $2,675.00 |